## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

09-17738

DEBTOR: Floyd Chong
Last Four Digits of SS#: 6832

CASE NO.:
CHAPTER 13

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 72.00  for months __1__ to __60__; in order to pay the following creditors:

<u>Administrative:</u>   Attorney's Fee - $3,000.00  TOTAL PAID $1,050.00
Balance Due   $1,950.00  payable $54.17/month (Months __1__ to __36__)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan: NONE

Name: _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment  $_____/month (Months ____ to ____)
_____    Regular Payment  $_____/month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3. NONE

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]: NONE

1. _____        Total Due $_____
Payable   $_____/month (Months ____ to ____)

<u>Unsecured Creditors:</u>  Pay $10.83/month (Months __1__ to __36__)
Pay $65.00/month (Months __37__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor is current with his payments to Washington Mutual Home Equity on the first mortgage on the homestead property located at 3427 SW 171 Terrace, Miramar, FL 33027 and will continue to pay it direct outside the Chapter 13 Plan.
2. The Debtor is current with his payments to Wachovia Mortgage on the second mortgage on the homestead property located at 3427 SW 171 Terrace, Miramar, FL 33027 and will continue to pay it direct outside the Chapter 13 Plan.
3. The Debtor is current with his payments to Shoma Townhomes at Nautica on the homeowners association dues on the homestead property located at 3427 SW 171 Terrace, Miramar, FL 33027 and will continue to pay it direct outside the Chapter 13 Plan.
4. The Debtor is current with his payments to GEMB/American Honda on the 2006 Honda CBR10RR6 motorcycle and will continue to pay it direct outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
Debtor: _/s/ Floyd Chong_____
Floyd Chong
Date: 4/27/2009

LF-31(B) (for cases filed on or after 10/17/05)